IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **S U P E R S E D I N G** |
| | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES R. KNEPP, II |
| v. | ) | |
| | ) | CASE NO.3:24CR376 |
| MARQUIS HARRIS, | ) | Title 18, United States Code, |
| | ) | Section 922(a)(6), Title 18, |
| | ) | United States Code, Section |
| Defendant. | ) | 932(b)(1) |

COUNT 1
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(1))

The Grand Jury charges:

1.     On or about June 17, 2024, in the Northern District of Ohio, Western Division, Defendant, MARQUIS HARRIS did knowingly purchase a firearm, to wit: a Glock, Model 19, 9mm pistol, bearing serial number BSCB842, in or otherwise affecting interstate commerce for, on behalf of, or at the request or demand of "K.V.", knowing or having reasonable cause to believe that "K.V." had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, or did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(1).

COUNT 2
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

2.     On or about June 17, 2024, in the Northern District of Ohio, Western Division, Defendant MARQUIS HARRIS, in connection with the acquisition of a firearm, to wit: a Glock, Model 19, 9mm pistol, bearing serial number BSCB842, from Cash America Pawn Store in



Toledo Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18 in that Defendant represented he was the actual transferee or buyer of the firearm when in fact Defendant knew he was not the actual buyer of the firearm in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), 934, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of foregoing offenses, Defendant MARQUIS HARRIS shall forfeit to the United States, all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count 1; and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged in Count 1; and all firearms and ammunition involved in or used in the commission of the firearms offense charged in Count 2; including, but not limited to, the following: a Glock, Model 19, 9mm pistol, bearing serial number BSCB842.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.